# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, B.T. PALMER, P.D. LOCHNER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## DOMINIC R. LECATO
## CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201500303
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 15 May 2015.
**Military Judge:** CAPT Charles N. Purnell, JAGC, USN.
**Convening Authority:** Commanding Officer, Marine Corps Security Force Regiment, Naval Weapons Station, Yorktown-Cheatham Annex, Williamsburg, VA.
**Staff Judge Advocate's Recommendation:** Maj C.G. Blosser, USMC.
**For Appellant:** CDR Gregory R. Dimler, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.


**11 February 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court